No. 966. WORTH, MAISON LA FERRIERE AND GUILLOT & CIE, PETITIONERS, *v.* CHARLES A. CHASE, TRUSTEE, ETC. April 10, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Samuel W. Cooper* for the petitioners. No appearance for the respondent.

No. 979. LUCIEN B. WILSON, PETITIONER, *v.* THE UNITED STATES. April 10, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. T. A. Brown* and *Mr. James S. McCluer* for the petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the respondent.

No. 928. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY, PETITIONER, *v.* BUD R. LATTA. April 17, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Carl C. Wright* and *Mr. B. T. White* for the petitioner. *Mr. H. C. Brome* for the respondent.

No. 814. THOMAS J. LYNCH, EXECUTOR, ETC., PETITIONER, *v.* THE TRAVELERS' INSURANCE COMPANY. April 17, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. George W. Heselton* for the petitioner. *Mr. R. Ross Perry* and *Mr. R. Ross Perry, Jr.,* for the respondent.